## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. <u>1:25-cv-3561-JLK-CYC</u>

CAPSTONE STUDIOS, CORP.,

    Plaintiff,

v.

DOES 1-6,

    Defendants.

---

## SECOND DECLARATION OF KERRY S. CULPEPPER

---

KERRY S. CULPEPPER hereby declares under penalty of laws of the United States that the following is true and correct.

1.    I am an attorney and represent the Plaintiff, I have personal knowledge of the matters stated herein, and this declaration is given in support of Plaintiff's Third Motion for leave to conduct early discovery.

2.    After receiving the Court's Order denying Plaintiff's second motion for early discovery, I had telephone conversations with a representative from Comcast (Stephanie Wilson) in April and May 26, 2026.

3.    The representative indicated that the dates of the documents requested (Comcast's production to Strike 3 Holdings in the other lawsuit) are still within Comcast data retention time period for litigation documents.  This retention time period is different and significantly longer than the 180-day time period for requesting IP address logs.

4.    I have propounded third-party subpoenas in other John Doe lawsuits to Comcast.

5.    In those lawsuits, Comcast charged a fee for its response to subpoenas.

20-040G

2

6.      Plaintiff will pay Comcast's production fee for responding to the subpoena.

7.      Comcast has stated that it would comply with an order from this Court ordering it to produce the documents.

8.      Accordingly, Plaintiff requests leave to serve a subpoena on Comcast for the identification records for the subscriber that were produced in *STRIKE 3 HOLDINGS, LLC v. JOHN DOE subscriber assigned IP address 24.9.236.48*, 1:25-cv-00781-CMA-CYC, Doc.#1(D.Col. 2025).


        I declare under the penalty of perjury that the foregoing is true and correct.


        DATED: Kailua-Kona, Hawaii, June 5, 2026.


                        CULPEPPER IP, LLLC

                        /s/ Kerry S. Culpepper
                         Kerry S. Culpepper

                        Attorney for Plaintiff


2

20-040G